JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW E. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LOURDES RAYA, an individual, | Case No.: 2:25-cv-00254-CDS-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DISMISSAL** |
| v. | |
| MANAGED BUSINESS SERVICES, INC., d/b/a MANAGEDPAY, a Nevada corporation, | |
| Defendant. | |

Plaintiff Lourdes Raya and Defendant Managed Business Services, Inc., by and through their respective counsel, hereby stipulate and agree as follows:

1. On July 30, 2025, the parties reached a settlement at the Early Neutral Evaluation session before Magistrate Judge Maximiliano D. Couvillier, III.

2. The same day, the Court issued a minute order which stated "[t]he parties shall file a proposed stipulation and order for dismissal by September 15, 2025." [ECF No. 20].

3. The parties executed a formal Settlement Agreement on August 20, 2025, which provides for dismissal with prejudice of all claims and counterclaims within 30 days of settlement payment.

1
STIPULATION AND ORDER TO EXTEND DEADLINE FOR DISMISSAL

4.    Under the Settlement Agreement, Defendant was required to make settlement payment within 21 days of receiving executed agreements and W-9 forms.

5.    Plaintiff received a partial settlement payment on September 11, 2025, and is currently awaiting the balance of the agreed-upon amount.

6.    The parties have met and conferred regarding the outstanding settlement payment and agree that extending the dismissal deadline to **October 6, 2025**, will allow Defendant sufficient time to complete payment of the remaining balance.

7.    Good cause exists to extend the dismissal deadline to allow completion of the settlement payment process.

8.    No party will be prejudiced by this brief extension.

IT IS SO STIPULATED.

Dated this 16th day of September, 2025

| | |
|---|---|
| */s/ Michael A. Burnette* | */s/ Jeffrey Winchester* |
| JEMMA E. DUNN | JEFFREY WINCHESTER |
| Nevada Bar No. 16229 | Nevada Bar No. 10279 |
| MATTHEW E. HALE | O'HAGAN MEYER PLLC |
| Nevada Bar No. 16880 | 300 S. 4th Street, Suite 1250 |
| MICHAEL A. BURNETTE | Las Vegas, Nevada 89101 |
| Nevada Bar No. 16210 | |
| 1980 Festival Plaza Drive, Suite 730 | *Attorney for Defendant* |
| Las Vegas, Nevada 89135 | |
| *Attorneys for Plaintiff* | |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 17, 2025

2
STIPULATION AND ORDER TO EXTEND DEADLINE FOR DISMISSAL