JEMMA E. DUNN
Nevada Bar No. 16891
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
  *JDunn@GGTrialLaw.com*
  *MHale@GGTrialLaw.com*
  *MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*
*LOURDES RAYA*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOURDES RAYA, an individual,<br><br>Plaintiff<br><br>v.<br><br>MANAGED BUSINESS SERVICES, INC., d/b/a MANAGEDPAY, a Nevada corporation,<br><br>Defendant | Case No.: 2:25-cv-00254-CDS-EJY<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

///

///

///

///

///

///

///

///

///

///

STIPULATION FOR DISMISSAL WITH PREJUDICE

1        Plaintiff LOURDES RAYA ("Plaintiff"), by and through her counsel of record, the law firm

2 of Greenberg Gross LLP, and Defendant MANAGED BUSINESS SERVICES, INC., by and

3 through its counsel of record, the law firm of O'Hagan Meyer, pursuant to Federal Rule of Civil

4 Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal with Prejudice of this action, including

5 all claims against all parties, with each party to bear its own attorneys' fees and costs.

6

DATED this 6th day of October 2025.

7 */s/ Michael A. Burnette*                */s/ Jeffrey D. Winchester*

JEMMA E. DUNN                    JEFFREY D. WINCHESTER

8 Nevada Bar No. 16891              Nevada Bar No. 10279

MATTHEW T. HALE                 O'HAGAN MEYER PLLC

9 Nevada Bar No. 16880              300 S. 4th Street, Suite 1250

10 MICHAEL A. BURNETTE            Las Vegas, Nevada 89101

Nevada Bar No. 16210

11    1980 Festival Plaza Drive, Suite 730

   Las Vegas, Nevada 89135

12

*Attorneys for Plaintiff*

13 *LOURDES RAYA*

14

15                                    *Attorney for Defendant*

*MANAGED BUSINESS SERVICES,*

*INC.*

Based on the parties' stipulation, this case is

16 dismissed with prejudice, with each party to

bear its own costs and fees. The Clerk of

17 Court is kindly instructed to close this case.

18 _____

19 UNITED STATES DISTRICT JUDGE

20 DATED: October 10, 2025

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE